IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil No. 3:13-0059 ) Judge Trauger |
| AEROCENTURY CORP., | ) ) |
| Defendant. | ) |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled for April 4, 2013 at 3:30 p.m. is **RESET** for the same day at 2:30 p.m.

It is so **ORDERED**.

ENTER this 28th day of March 2013.

_____
ALETA A. TRAUGER
U.S. District Judge