IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Docket No. 3:13-cv-0059 ) |
| AEROCENTURY CORP., | ) JUDGE TRAUGER ) MAGISTRATE JUDGE BRYANT |
| Defendant. | ) ) ) |

### AEROCENTURY CORP.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 7.01(b), Defendant AeroCentury Corp. respectfully seeks leave to file a reply brief in support of its Motion to Dismiss. A short reply is necessary to address Plaintiff's argument concerning, among other things, the issue of whether the court has jurisdiction over the Defendant simply as a result of the lessee bringing the aircraft at issue to Tennessee for maintenance. A copy of the proposed reply is attached as **Exhibit 1** to this motion.

Respectfully submitted,

/s/ Samuel P. Funk
Samuel P. Funk (No. 19777)
sfunk@sherrardroe.com
Michael G. Abelow (No. 26710)
mabelow@sherrardroe.com
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
(615) 742-4539 (fax)

*Counsel for Defendant AeroCentury Corp.*