IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:13-cv-00059 ) Judge Trauger |
| AEROCENTURY CORP., | ) ) |
| Defendant. | ) |

**O R D E R**

It is hereby ORDERED that the status conference scheduled for this afternoon at 2:30 p.m. is CANCELLED. It is clear that the parties wish to proceed with the trial on April 9, 2019. Therefore, the trial and pretrial conference will take place, as scheduled.

The plaintiff's Motion to Reopen Discovery for the Court to Issue Letters Rogatory Under the Hague Convention (Docket No. 123) is DENIED as moot.

It is so **ORDERED**.

ENTER this 3rd day of April 2019.

_____
ALETA A. TRAUGER
U.S. District Judge